# EXHIBIT B



September 27, 2016

BY REGISTERED MAIL, FEDERAL EXPRESS AND EMAIL

Ms. May Lee
Cicel Enterprise Co., Ltd.
Cicel (Beijing) Science & Technology Co. Ltd.
Room 1206 Office Tower A
New World Center No. 3
Chongwenmen Wai Street
Beijing, P.R. China 100062

Dear Ms. Lee:

Reference is hereby made to the Sole Distribution Agreement, dated May 20, 2013 (the "Agreement"), between Misonix Incorporated ("Misonix") and Cicel (Beijing) Science and Technology Co. Ltd.

Misonix hereby terminates the Agreement in all respects in accordance with the terms thereof. Misonix reserves all rights under the Agreement.

Sincerely yours,

MISONIX, INC.

By: _____
Stavros Vizirgianakis
Interim Chief Executive Officer
Director and Member of the Compensation & Corporate Governance Committee

cc:    Jason Gonzalez, Esq.
       Nixon Peabody LLP
       300 South Grand Avenue, Suite 4100
       Los Angeles, CA 90071-3151
       jgonzalez@nixonpeabody.com

       Martha B. Stolley, Esq.
       Michael Grundei, Esq.

1938 New Hwy, Farmingdale, New York 11735    P. 631-694-9555   F. 631-694-9412   misonix.com