# EXHIBIT C

| | |
|---|---|
| **From:** | Michael McManus <mmcmanus@misonix.com> |
| **Sent:** | Friday, November 14, 2014 5:32 PM |
| **To:** | may |
| **Cc:** | lily; Andrea Zimmermann |
| **Subject:** | NASS |

May my friend it was good to see you at NASS. I am sorry we did not get more time together but you were always being pulled off to another meeting. I thought our discussions were productive. Our support for you and CICEL should be clear. I know you will be meeting again with John in the near future and I am sure your discussions about organization and support will be helpful. John knows we do not talk with your distributors without your knowledge. You can talk to John about roles as you see them. We will work as a team and be successful.

I was pleased to see so many Chinese doctors visiting our booth. They seem very enthused but since I don't speak the language it is sometimes confusing. I will send you and John the names of some doctors that would like a Bonescalpel.

May we had a good discussion about what role each of us play as Misonix and CICEL. We have a contract and it should be followed but as important is building trust and sharing information. We cannot be in China enough to understand the market as well as you do. As part of our Agreement you have said you would provide us with information. You have also been generous enough to ask for my help in your growing you business. I am very happy to provide what you need from our side.

On the help side I have told you I believe it is important ant for you to keep track of where a BS is and who is using it. The real benefit here is to be sure the doctor is increasing usage. You also want to know when other doctors start sharing a system and make sure the new doctors have been trained well. If the usage goes down then you know you have to go back K and retrain. It is only when a doctor becomes comfortable with the benefits that his use increases and he brings in other doctors . This of course is fundamental to disposable sales.If you would like I can share with you the metrics that we use to track how we grow the business.

On the information side I hear more and more about new Chinese copies of our product. As our distributor one of your roles is to keep us up to date on these, their pluses and minuses and price. As you know we have patents on our technology. One doctor told me about a new product from Quantig Univ. in Beijing. I will check the spelling but apparently very famous high tech school. I would appreciate your sending me pictures of the competing products with information about them. I would also ask my friend to send a few blades from each product to me. I talked yesterday to our State Dept and Embassy about copies and they assured me they would under the Presidents recent visit and his discussions with the Chinese President, prosecute any copies of American products or violations of patents. I guess they will be looking to make an example of someone.  So please send me different blades from Chinese products and pictures of systems. I am will to do what is necessary to protect my friend May in her territory.  Please send this info promptly for my help.

In addition I think it would be good for you to have a Strategy. talk with John on pricing. I understand some systems have been sold for 300 to 500 thousand dollars. That seems too high. Are we going to tell the Provincial government that is the price. Blades are being sold for $2000. At that price even if we get pass throughs to the patient can they afford it? In addition Chinese machines though inferior sell for less. So my friend in your country what should be our pricing strategy in order to gain market share, develop high volume use and build a disposable business for Cicel and Misonix. I really would appreciate you having your marketing people look at this and   giving John and me your analysis and recommendation.

I will send you the names of the doctors separately. They would like a BS.

1

May again it was good to see you. Remember if you do want to purchase Misonix stock please let me know and have an English speaking lawyer give me a call.

Very best wishes to you and your family.  Mike

Sent from my iPad