# EXHIBIT E

| | |
|---|---|
| **From:** | John Dobash <jdobash@misonix.com> |
| **Sent:** | Tuesday, September 01, 2015 9:25 AM |
| **To:** | may@cicel.cn |
| **Cc:** | lily (lily@cicel.cn) |
| **Subject:** | China Checklist |
| **Attachments:** | Sales Report, BS and SS, Jun 13-Jun 14.xlsx; Sales report of BS and SS--Jun 14-may 15.xlsx; KOL list.xlsx; 2015 show plan, Cicel.xlsx |
| **Follow Up Flag:** | 需后续工作 |
| **Flag Status:** | Flagged |

Hello May,

I am glad to be back in China with Cicel, even if only for a short visit. Here is what we discussed and some information I need to have updated please.

SURGEON PRODUCT REQUEST LIST: Clark and I will on updating the development list for BoneScalpel and possible surgeon meeting.

SONASTAR/BONESCALPEL REGISTRATION: I will meet with Sunny on Registration updates tomorrow. I will recommend to Misonix we start immediate BoneScalpel registration renewal. After renewal, we will start new registration with new tips included.

REPAIRS: Lily will give me some hand pieces and repair parts to take back to Misonix.

ORDER: Can you please check stock on BoneScalpel and SonaStar for order in September. If you still have too many BoneScalpels on the shelf, perhaps only Sonastar. Thank you!

SERVICE TRAINING: I will have a meeting with Engineering and Service on the Service training class for October and spare parts list at reduced cost. Cicel needs give me a list of calibration kits and spare parts they have now, so we know what you still need.

TUBING: I will discuss tubing manufacturing with Mike and Misonix. I need some document from manufacturer, pricing and tubing sample from you.

TIP TO SUPPORT CADAVER LAB: I will get some sample tips for you to support CCNS-AANS/NREF lab.

NEXT TRIP: I plan to be back in October for Service training and support at transplantation meeting. I must get approval for Service training still.

NASS, SHANGHAI, 1/2016: I will investigate NASS meeting and possible participation in cadaver lab with Cicel/Misonix.

Here are some of the questions that we need to continually update, can you please help me on urgent basis?

- Planned shows and surgeon training activities (shows/workshop/cadaver lab)

1

I have attached a list of shows, can we update the list and add in the cadaver labs and workshops please. Important that I know the good work Cicel is doing and can share with the team at Misonix to get more support for speaker and share in some cost. Thank you.

- **Current BoneScalpel/Sonastar users list (hospital name, city, key surgeon user)**
  I have attached a list, can you update please. Thank you.

- **Current target list of hospitals/surgeons that your company is working on, where are you at in the process?**
  You can include hospitals we just talked about where you will probably win this month. This list is good to track Cicel success and show strong activity. This list is good even if Cicel does not win, because then we can show Misonix that some surgeon prefer different product, will make Misonix product stronger.
  This is a new list and is confidential, I will <u>only</u> share with Mike McManus at Misonix.

- **Who are the important surgeons (volume of cases, KOL, teachers) in the country?**
  I have attached a KOL list, can you update please.

- **Are there new people on the team, who are they (name and region), are they well trained and comfortable with Misonix products?**
  If no, how can I help you get these people trained? I am happy to travel and train them in any province.

- **Master Trainer or Product specialist**
  Can you identify who these people are for BoneScalpel? Sonastar?

- Can we identify a surgeon to do a paper or study for us?
- Can we get surgeon statement for BoneScalpel that product is safe, less blood loss, less bone loss, faster?
- Do we ask surgeons to refer us to their friends?
- We need to create a VAC book to show and create value of Bonescalpel blade (blood, bone, safety), have country users and testimonials in the book to show hospitals and surgeons.
- Are existing users well trained, who is following up after the sale?

The better I can keep Misonix updated on Cicel activities in China, the easier to get the support we need.

Thank you for your help and partnership!

Regards, John

John W. Dobash
General Manager, APAC
+1719.237.6873
WWW.MISONIX.COM
**Misonix – NEW! BoneScalpel App**

