# EXHIBIT F

| | |
|---|---|
| **From:** | David Battles <dbattles@misonix.com> |
| **Sent:** | Monday, December 21, 2015 5:56 PM |
| **To:** | David Battles |
| **Subject:** | Market Information Request |

Dear Valued Distribution Partners,

In preparation for a key sales & marketing strategy meeting your assistance with some key pieces of information would be most helpful. I realize that most of you have provided some or all of this information already, but in order to insure that we have the most current information I you could provide this information again it would be most appreciated.

- Top 10 key targeted hospitals for:
    - BoneScalpel and/or
    - SonaStar
    - *(Note: These would be most sought after key hospitals that we do not yet have as customers).
- Top 5-10 targeted Key Opinion Leaders that we would like to turn into BS or SS advocates (please indicate which, if any, of the KOLs you list are currently BS or SS advocates).
- Key competition
    - System (console) price range and most commonly encountered price.
    - Disposibles price range and most commonly encounter price.
    - Competitive product features that are important to surgeons which we lack (if any).
- If the competitive pricing refered to above is resulting in any lost business for Misonix, please indicate the pricing that would allow you to compete effectively and what the result would be in increased sales if we were to find a way to reduce our costs of manufacturing so that we could provide such requested pricing.
- Base on the market's response to competitive products; please indicate the impact it would have on our business (in terms of additional sales) if were were to provide the products or features you request.
- Upcoming key tradeshows (clinical conferences) at which you plan to exhibit our products.

Your kind assistance with this information will be valuable in help me to present the necessary information to the Misonix management team and to help us refine our strategy so as to better meet your needs and help you stay as competitive as possible.

Thank you and best wishes,

**Dave Battles**
Director of Sales, Asia/Pacific
Cell: 631-897-1489
dbattles@misonix.com | misonix.com
Skype: DaveBattles | WeChat: DBattles
1938 New Hwy, Farmingdale, New York 11735

1