# EXHIBIT G

| | |
|---|---|
| **From:** | David Battles <dbattles@misonix.com> |
| **Sent:** | Tuesday, April 19, 2016 11:01 PM |
| **To:** | dave@davebattles.com |
| **Cc:** | John Dobash |
| **Subject:** | IMPORTANT Request from Misonix |
| **Attachments:** | Please Fill out Form - See Tabs.xlsx |
| **Follow Up Flag:** | 需后续工作 |
| **Flag Status:** | Completed |

Dear Valued Partner,

As we approach our new Fiscal Year starting July 1, 2016, we are engaging in planning, budgeting, forecasting and restructuring of various business strategies.

Among our new initatives is the implementation of a new and easier way of tracking the progress of our business growth within our international distribution network.

Our new approach involves asking each distributor to identify their top ten most important hospitals in their territory for both BoneScalpel and Sonastar by filling out the attached form.

Therefore, if you would please create a list of the top 10 spinal surgery hospitals and top 10 neuro and/or liver surgery hospital targets along with the top 10 key surgeons in each hospital, and send it to us, we would appreciate it.

For BoneScalpel please name the top 10 spinal surgery hospitals, especially hospitals of prominence in adult or pediatric deformity surgery as well as complex spine. Please include the top ten surgeons in each of these hospitals, qualified by clinical focus deformity, pediatric, lumber, cervical, etc.

For SonaStar please name the top 10 hospitals for neurosurgery, including the top 10 neurosurgeons (and/or liver surgeons) within each hospital (please note the tabs at the bottom of the attached Excel spreadsheet where you will find a SonaStar form).

These lists will then become the basis for our ongoing follow-up discussions relating to; market penetration sales results, and performance tracking and the growth of the business.

Please understand that your list of top ten hospitals may include hospitals you have already sold to, are in the process of selling to, or may not have yet approached relative to Misonix products.

We thank you in advance for your kind cooperation with this request. During our fiscal year begining July 1, 2017 and beyond, our support (financial and otherwise), will be directed toward the hospitals on your list.

We realize that in some cases you may have provided similar information previously, however we are asking you to reconfirm your top ten target hospitals since now the institutions and doctors you name will become the basis for our follow up sales performance discussions with you.

I, and the managment team at Misonix, appreciate your assistance with this important request.

Best wishes,

**Dave Battles**
Director of Sales, Asia/Pacific
Cell: 631-897-1489

dbattles@misonix.com | misonix.com
Skype: DaveBattles | WeChat: DBattles
1938 New Hwy, Farmingdale, New York 11735