# EXHIBIT H

| | |
|---|---|
| **From:** | David Battles <dbattles@misonix.com> |
| **Sent:** | Tuesday, May 24, 2016 11:24 AM |
| **To:** | lily@cicel.cn |
| **Cc:** | John Dobash |
| **Subject:** | FW: Targets for FY17 |
| **Attachments:** | Targets 051716.xlsx |

Hi Lily,

Could you please let me know if this proposed target list is correct. As mentioned earlier, going forward, Misonix will be applying resources (including John Dobash's and my time as well as any financial support) primarily at acquiring the key accounts shown on the attached list. Therefore, its in our mutual interest that the targets that we show on that attached list are consistent with those which Cicel has identified and is pursuing.

Thanks and best regards,

Dave

**Dave Battles**
Director of Sales, Asia/Pacific
Cell: 631-897-1489
dbattles@misonix.com | misonix.com
Skype: DaveBattles | WeChat: DBattles
1938 New Hwy, Farmingdale, New York 11735

---

**From:** David Battles
**Sent:** Tuesday, May 17, 2016 7:36 AM
**To:** may@cicel.cn
**Cc:** lily@cicel.cn; John Dobash
**Subject:** Targets for FY17

Hello May,

As you know, we are planning for our new fiscal year which begins July 1.

As part of our planning John and I have been asked to compile a list of key target hospitals and the KOL surgeons that practice in each.

Performance will be judged largely on how well we penetrate these target hospitals. Resources will be invested primarily to acquire target hospitals that are on our list.

I am attaching the list that John and I have been able to compile by referring to old trip reports, hospital names mentioned by you, etc.

If you would please look over the attached list of target KOL hospitals and help us be sure that the list is correct, we would be very appreciative.

Please:
1. Add any key targeted hospitals that are not currently on the list,

1

2. Delete any hospitals that we may have on the list if you do not consider them key (KOL) hospitals or if they are not on your target list.
3. Please edit any incorrect information
4   Please add status (sold, pending, waiting on budget, lost business, etc.)'

Also, please help us by indicating which of these hospitals are BoneScalpel target and/or SonaStar targets.

We must submit this list by this coming weekend, so if any changes are necessary, please let us know what they are by this weekend or the list will be set as it currently stands.

Many thanks for your kind help.

Best wishes,

Dave


**Dave Battles**
Director of Sales, Asia/Pacific
Cell: 631-897-1489
dbattles@misonix.com | misonix.com
Skype: DaveBattles | WeChat: DBattles
1938 New Hwy, Farmingdale, New York 11735

2