# EXHIBIT I

**From:** "Michael McManus <s.mcmanus@misonix.com>"
**To:** "may <may@cicel.cn>"
**CC:** "Andrea Zimmermann <azimmermann@misonix.com>","lily@cicel.cn <lily@cicel.cn>"
**Sent:** 2016-04-27 19:31
**Subject:** Meet

May my friend. I know you have been traveling and then back to China. I am sorry about the confusing conversations and mixed messages you believe you are getting. Lily said you would be in the US . When can we meet in NY or Chi for a good long discussion between partners?  Best.  Mike