# EXHIBIT J

| | |
|---|---|
| **From:** | Michael McManus <mmcmanus@misonix.com> |
| **Sent:** | Saturday, May 21, 2016 6:40 AM |
| **To:** | may |
| **Cc:** | lily@cicel.cn; sunny@cicel.cn; Andrea Zimmermann |
| **Subject:** | Meeting |
| | |
| **Follow Up Flag:** | 需后续工作 |
| **Flag Status:** | Flagged |

My friend May.   You have been so busy. I hope your back is better.  You must be more careful even at your very young age.
I was sorry to miss seeing you in the US. I hope you got my email and note to Lily.
I am a firm believer in the relationship with people being the greatest driver of business. I was very upset to hear people tell me that Cicel thought we were asking questions to try to terminate the Agreement we have. That was never true and I don't know why someone would do that. We are fortunate to have Cicel and its people have done a good job for us. No relationship is perfect and issues need discussion to avoid misunderstanding. As Lily said, you and I need to talk more.

I heard you had a good meeting with Scott. I hope you feel that is true. I told him to be sure to make it clear to you that I believe in Cicel and May. I believe that together we can solve problems wth respect and understanding. We have issues on registration, pricing, new products ,but all can be understood and resolved. Cicel has vey smart people we have to respect.

I hope you got the message very clear that Cicel, May, and her team are trusted friends. We are not looking to terminate anyone. We are looking to build understanding and to help one another. I hope you now believe that.
If you are coming to the states let me know. If not I may have to be in China to be sure you understand we look for ways to work together. I also will have to see your beautiful family and Simon's fiancé
Very best to you May.     Mike
Sent from my iPad

1