# EXHIBIT K

On Aug 24, 2016, at 10:56 PM, Lily Jiang <lily@cicel.cn> wrote:

Hi Scott,

Thank you for understanding our situation. But it's really difficult for us to understand that even the non-HF items are hold by your board now.

We have emphasized many times the urgency and importance of delivery as early as possible, but our words are so powerless to your board. Since the business now and in near future in China is the less concern of your board at this moment, there is limited we could do to push things forward. We have to slow down our promotion such as trials, but we have no way to leave our existing customers alone. We strongly requesting you to perform your obligation to provide necessary service to customers who have already purchased and installed our systems, in other words, you are obligated to supply disposables to them to ensure the normal running of the systems.

I'm attaching all the unshipped disposables here (see the parts highlighted in green in attached list) and requiring you to ship within this week. Please be aware that, as per our agreement, any shipment beyond 31 days shall be shipped on your account (refer to 4.1 in our agreement), so the freight of this shipment is supposed to be bear by MISONIX.

This is for the first time we have such a big trouble, our good reputation we built through our twenty-year's continuous effort is being seriously damaged due to your internal problem. We have being working hard to perform our obligation by gaining as more market share as possible, you could see only a few CUSA (our major competitor) in China market. And there is also no problem of our CFA certificate. We really can't understand all those sudden changes. In hope of having a better understanding of the picture, May expects to have a face-to-face meeting with your board as well, she wants to clarify everything and also know the truth of your board's consideration.

Looking forward to hearing from you soon! Thank you!

Best Regards

*Lily Jiang*


Cicel (Beijing) Science & Technology Co.,Ltd.
Rm1206 Office Tower A, New World Center No.3 Chongwenmen Wai St. Beijing,100062 China
Direct Line: 86-10-67089317    Fax:86-10-67082864
Cell：+8613521199462
Email: lily@cicel.cn
Web site: www.cicel.cn