# EXHIBIT L

发件人: Scott Ludecker [mailto:sludecker@misonix.com]
发送时间: 2016年8月25日 1:16
收件人: Lily Jiang
抄送: David Battles; may; Richard Zaremba; John Salerno
主题: Re: May's visit

Lily;

I fully understand your frustration and equally share the same frustration in our not being able to release product for shipment at this time.  On a daily basis I am working to receive formal confirmation from our Board of Directors as to how Misonix management is allow to proceed.  This is with outside consultants to review the registration status of products to assure that we are fully in compliance with CFDA  regulations.  This is taking a longtime and longer than either of us would like, but it is beyond my ability to change at this time.  What I can tell you is that we are moving as quickly as possible to get some opinion and approval to share with you.

While i would be happy to meet with May on Wednesday or Thursday of next week, I can not assure you that I will have more information at that time to share with either of you.  We are all working very hard to get answers for you right now and as soon as we do, I will let you know immediately.  Please let me know whether May intends to travel to NY next week or not so I may plan accordingly.

Regards,

**Scott Ludecker**
Senior Vice President - Global Sales & Marketing
t. 631-927-9115 | c. 631-576-6555 | f. 631-694-3285
sludecker@misonix.com | misonix.com
1938 New Hwy, Farmingdale, New York 11735

<image002.png>

3