# EXHIBIT O

| | |
|---|---|
| 发件人: | may <may@cicel.cn> |
| 发送时间: | 2016年9月20日星期二 14:30 |
| 收件人: | lily |
| 主题: | Fw: |

Hi Scott,

I am very sad to know that your board wants to wind down the relationship between Cicel and Misonix,it's unacceptable for Cicel.Cicel has promoted Misonix's products for seversl years with plenty of energy,time,resources,and money in China.Cicel has helped Misonix to improve its qualities of Sonostar and BoneScaple for three years.Cicel has got a lot of the potential projects for Sonostar and BoneScaple next year in China.We have the effective contract with Misonix now.

Please tell us the fact if you have any questions,we would like to explain and correct.Cicel's business comes from Misonix,it's about more than 70%. Now we are waiting for your delivering SS and BS that we have had these orders for several months, the Chinese customers have been angry to Cicel.Now we haven't any repair parts for SS and BS, we couldn't supply any accessories to our customers who have owned these ptoducts now.Although you want to stop our cooperation,you should carry out the setps according to our contract and international law. You haven't had any notice to Cicel your board's intention before September 2016.

Scott,I will be at CNS. I hope we will exchange some real information and discuss the issue if you are there, and hope we will solve it smoothly.