LAW OFFICES
# WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.
WASHINGTON, D. C. 20005-5901
(202) 434-5000
FAX (202) 434-5029

SIMON A. LATCOVICH
(202) 434-5967
slatcovich@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

April 26, 2019

<u>Via ECF</u>

The Honorable Arthur D. Spatt
United States District Court
100 Federal Plaza
Central Islip, New York 11722

   Re: Cicel (Beijing) Science & Technology Co., Ltd. v. Misonix, Inc., No. 1:17-cv-01642-ADS-SIL

Dear Judge Spatt,

  I represent defendant Misonix, Inc., and write in response to Cicel's letter objecting to Misonix's motion to seal it Memorandum of Law in Opposition to Plaintiff's Motion for Leave to Amend Its Complaint, and Exhibits A-E and I-K to the Declaration of Tian Huang. *See* ECF No. 93.

  Misonix, in compliance with the parties' protective order, filed its motion to seal and provided Cicel with the underlying documents that Misonix sought to seal. Cicel, however, failed to comply with the protective order when it did not "first make a good-faith effort to resolve such a dispute with opposing counsel." ECF No. 30 (Protective Order). Misonix was not aware that Cicel disputed filing these documents under seal until it received Cicel's objection letter to the Court via ECF. *See* ECF No. 93. Nonetheless, Misonix has no objection to filing its Memorandum of Law in Opposition to Plaintiff's Motion for Leave to Amend Its Complaint, as well as Exhibits A-E and I-K to the Declaration of Tian Huang on the public record.

Sincerely,

Simon Latcovich

Williams & Connolly LLP
650 Fifth Avenue, Suite 1500
New York, NY 10019